UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 8 2002

Michael N. Milby
Clerk of Court

MANUEL SANDOVAL-HERRERA, )
)
v. ) C.A. B-02-138
)
AARON CABRERA, et al. )
)

EXHIBIT "C" IN SUPPORT OF
PETITION FOR WRIT OF HABEAS CORPUS

Manuel Sandoval-Herrera, by and through the undersigned, files the instant Exhibit "C" in support of his pending Petition for Writ of Habeas Corpus, to wit, a copy of the Order of Supervision issued to him on July 25, 2002.

Respectfully Submitted,

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID. 1178, Texas Bar 03052800

Thelma O. Garcia, Attorney
301 E. Madison
Harlingen, TX 78550
(956) 425-3701
(956) 428-3731 (fax)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, with exhibit, was mailed, first-class postage prepaid, to Lisa Putnam, SAUSA, P.O. Box 1711, Harlingen, Texas, 78551 this 17th day of September, 2002.

U.S. Department of Justice
Immigration and Naturalization Service

**Order of Supervision**

File No: **A41 640 086**
Date: **July 16, 2002**

Name: **Manuel Sandoval Herrera**

On: **April 03, 2002**, you were ordered:

☐ Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.

☒ Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Service has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

☒ That you appear in person at the time and place specified, upon each and every request of the Service, for identification and for deportation or removal.

☒ That upon request of the Service, you appear for medical or psychiatric examination at the expense of the United States Government.

☒ That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information as the Service considers appropriate.

☒ That you do not travel outside ___**Harlingen**___ for more than 48 hours
(Specify geographic limits, if any)
without first having notified this Service office of the dates and places of such proposed travel.

☒ That you furnish written notice to this Service office of any change of residence or employment within 48 hours of such change.

☒ That you report in person on the **1st Wednesday** day **Third Month** to this Service office at 0900 (R/W) 2102 Teege Avenue, Harlingen, Texas 78550
unless you are granted written permission to report on another date.

☒ That you assist the Immigration and Naturalization Service in obtaining any necessary travel documents.

☐ Other _____
(Continue on separate sheet if required)

☐ See attached sheet containing other specified conditions

_____
(Signature of INS official)
**Aaron L. Cabrera, Acting Director DRO**
(Print name and title of INS official)

**Alien's Acknowledgement of Conditions of Release under an Order of Supervision**

I hereby acknowledge that I have (read) (had interpreted and explained to me in the **Spanish** language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to fine, detention, or prosecution.

_____  _MANUEL SANDOVL_  07-25-2002
(Signature of INS Official Serving Order)  (Signature of Alien)  (Date)

Form I-220B(Rev.12/1/98)H

**U.S. Department of Justice**
Immigration and Naturalization Service

Continuation Page for Form: **I-220B**

| Alien's Name: **Manuel Sandoval Herrera** | File Number: **A41 640 086** | Date: **July 16, 2002** |
|---|---|---|

*Manuel Sandoval* (handwritten)
Alien's Signature

Alien's Address

**35 Midway #1**
**Brownsville, Tx 78520**
**(956)986-2665**
Alien's Telephone Number (if any)

RIGHT INDEX PRINT

## PERSONAL REPORT RECORD

| DATE | OFFICER | COMMENTS/CHANGES |
|---|---|---|
| 07-25-02 | (RP) | Sup Served - |

Signature: *[signature]*

Title: **Deportation Officer**