6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 3 0 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MANUEL SANDOVAL-HERRERA, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. B-02-138 |
| AARON CABRERA, ACTING | ) |
| DIRECTOR, HLG/DO, THE | ) |
| IMMIGRATION & NATURALIZATION | ) |
| SERVICE, and | ) |
| JOHN ASHCROFT, UNITED STATES | ) |
| ATTORNEY GENERAL | ) |
| | ) |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

COME NOW, the Respondents, by and through Michael T.

Shelby, United States Attorney for the Southern District of

Texas, and hereby files the administrative record of Petitioner

MANUEL SANDOVAL-HERRERA with this Court for review.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
Attorney in Charge
Georgia Bar No. 590315
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel:  (956) 389-7051
Date: September 27, 2002        Fax:  (956) 389-7057

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Filing of Administrative Record was mailed via first class mail, postage prepaid to:

Lisa Brodyaga, Esquire
Refugio Del Rio Grande
17891 Landrum Park Rd.
San Benito, TX  78586

on this 27th day of September, 2002.

LISA M. PUTNAM
Special Assistant United States Attorney

2