UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LAURA ESTELLA SALAZAR-REGINO,<br>Plaintiff, | § § § | |
| v. | § § § | |
| E.M. TROMINSKI,<br>INS DISTRICT DIRECTOR, ET AL. | § § § § § | CIVIL ACTION NO. B-02-45 |
| Defendant . | § § | |
| TEODULO CANTU-DELGADILLO<br>Plaintiff, | § § § | |
| v. | § § § | |
| E.M. TROMINSKI,<br>INS DISTRICT DIRECTOR, ET AL. | § § § § | CIVIL ACTION NO. B-02-114 |
| Defendant . | § § | |
| DANIEL CARRIZALOS-PEREZ<br>Plaintiff, | § § § | |
| v. | § § § | |
| AARON CABRERA<br>INS DISTRICT DIRECTOR, ET AL. | § § § § | CIVIL ACTION NO. B-02-136 |
| Defendant . | § § | |

1

United States District Court
Southern District of Texas
FILED

DEC 1 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MANUEL SANDOVAL-HERRERA<br>Plaintiff, | § § § | |
| v. | § § | |
| AARON CABRERA<br>INS DISTRICT DIRECTOR, ET AL. | § § § | CIVIL ACTION NO. B-02-138 |
| Defendant | § § § | |
| EUGENIO REYNA-MONTOYA<br>Plaintiff, | § § § § | |
| v. | § § | |
| AARON CABRERA<br>INS DISTRICT DIRECTOR, ET AL. | § § § § | CIVIL ACTION NO. B-02-144 |
| Defendant | § § § | |
| OSWALDO CALDERON-TERRAZAS<br>Plaintiff, | § § § § | |
| v. | § § | |
| AARON CABRERA<br>INS DISTRICT DIRECTOR, ET AL. | § § § § | CIVIL ACTION NO. B-02-145 |
| Defendant | § § § | |

### DEFENDANTS UNOPPOSED
### MOTION TO CONTINUE STATUS CONFERENCE

Defendants Immigration and Naturalization Service, et. al. hereby move to continue the status conference set for December 17, 2002 for 30 days, by agreement of counsel for all parties. Ms. Putnam, local counsel for the United States, is unable to attend the hearing due to illness.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

MICHAEL T. SHELBY
United States Attorney

NANCY FRIEDMAN
PAUL FIORINO
MARGARET PERRY
U.S. Department of Justice
Office of Immigration Litigation
1331 Pennsylvania Avenue, NW.
Washington, D.C. 20530
202-353-0813
202-616-4975 (fax)

NANCY L. MASSO
Assistant United States Attorney
Texas Bar No. 00800490
Federal I.D. No. 10263
**For:**
LISA PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, TX 78551
(956) 389-7048
(956) 389-7057 FAX

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this /3/ day of December, 2002, I caused to be served by United States mail (first class mail, postage prepaid), copies of the foregoing DEFENDANTS MOTION TO CONTINUE STATUS CONFERENCE to the following:

>Lisa Brodyaga, Esq.
>17891 Landrum Park Rd.
>San Benito, TX 78586
>
>Jodilynn Marie Goodwin
>Attorney at Law
>1322 E Tyler
>Harlingen, TX 78550
>
>Alberto Pullen, Esq.
>1623 Central Blvd.
>Suite 205
>Brownsville, TX 78520

_____
NANCY MASSO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LAURA ESTELLA SALAZAR-REGINO,<br>Plaintiff,<br><br>v.<br><br>E.M. TROMINSKI,<br>INS DISTRICT DIRECTOR, ET AL.<br><br><br>Defendant | § § § § § § § § § § § | CIVIL ACTION NO. B-02-45 |
| TEODULO CANTU-DELGADILLO<br>Plaintiff,<br><br>v.<br><br>E.M. TROMINSKI,<br>INS DISTRICT DIRECTOR, ET AL.<br><br><br>Defendant | § § § § § § § § § § § | CIVIL ACTION NO. B-02-114 |
| DANIEL CARRIZALOS-PEREZ<br>Plaintiff,<br><br>v.<br><br>AARON CABRERA<br>INS DISTRICT DIRECTOR, ET AL.<br><br><br>Defendant | § § § § § § § § § § § | CIVIL ACTION NO. B-02-136 |

| | | |
|---|---|---|
| MANUEL SANDOVAL-HERRERA<br>Plaintiff, | § § § § § | |
| v. | § | |
| AARON CABRERA<br>INS DISTRICT DIRECTOR, ET AL. | § § § § § | CIVIL ACTION NO. B-02-138 |
| Defendant . | § § | |
| EUGENIO REYNA-MONTOYA<br>Plaintiff, | § § § § | |
| v. | § § | |
| AARON CABRERA<br>INS DISTRICT DIRECTOR, ET AL. | § § § § | CIVIL ACTION NO. B-02-144 |
| Defendant . | § § § | |
| OSWALDO CALDERON-TERRAZAS<br>Plaintiff, | § § § § | |
| v. | § § | |
| AARON CABRERA<br>INS DISTRICT DIRECTOR, ET AL. | § § § § § | CIVIL ACTION NO. B-02-145 |
| Defendant . | § § § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
## TO CONTINUE STATUS CONFERENCE

Came on to be heard this day the Motion to Continue Status Conference filed by Defendants Immigration and Naturalization Service et. al, the Court is of the opinion that the Motion should be granted.

It is therefore ORDERED that the status conference will be rescheduled to January \_\_\_\_\_ 2003, at _____.

Done this _____ day of _____, at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge