CA B-02-138

AO435 (Rev 1/90)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

**TRANSCRIPT ORDER**

Read Instructions on Back.

FOR COURT USE ONLY
DUE DATE:

17

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
| --- | --- | --- |
| Felix Recio | 956/548-2701 | 01/23/03 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
| --- | --- | --- | --- |
| 600 E. Harrison, #203 | Brownsville | TX | 78520 |

| 8. CASE NUMBER | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS | |
| --- | --- | --- | --- |
| CA B-02-045 & 8 other related cases | Felix Recio | 10. FROM 01-23-03 | 11. TO 01-23-03 |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
| --- | --- | --- |
| SALAZAR-REGINO VS TROMINSKI, ET AL | 13. CITY Brownsville | 14. STATE Texas |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
| --- | --- | --- | --- |
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDINGS (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Evidentiary hearing | 01/23/03 |
| ☐ BAIL HEARING | | | |

United States District Court
Southern District of Texas
FILED
JAN 24 2003
Michael N. Milby
Clerk of Court

**17 ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
| --- | --- | --- | --- | --- | --- |
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE /s/ signature

19. DATE January 23, 2003

ESTIMATE TOTAL

PROCESSED BY

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
| --- | --- |
| | |

| ORDER RECEIVED | DATE | BY | | |
| --- | --- | --- | --- | --- |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)    ORIGINAL- COURT COPY    YELLOW- TRANSCRIPTION COPY    GREEN- ORDER RECEIPT    PINK- ORDER COPY