Fi ✓                                                                          CA B-02-138

| AO435 (Rev 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY DUE DATE: |
|---|---|---|
| Read Instructions on Back | TRANSCRIPT ORDER | (18) |

| 1 NAME Felix Recio | 2 PHONE NUMBER 956/548-2701 | 3 DATE 01/24/03 | |
|---|---|---|---|
| 4 MAILING ADDRESS 600 E. Harrison, #203 | 5 CITY Brownsville | 6 STATE TX | 7 ZIP CODE 78520 |
| 8. CASE NUMBER CA B02-045 & 8 other related cases | 9. JUDICIAL OFFICIAL Felix Recio | DATES OF PROCEEDINGS | |
| | | 10. FROM 01-24/03 | 11. TO 01/24/03 |
| 12. CASE NAME SALAZAR-REGINO VS TROMINSKI, ET AL | | LOCATION OF PROCEEDINGS | |
| | | 13 CITY Brownsville | 14 STATE Texas |

15 ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16 TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | United States District Court Southern District of Texas FILED | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | JAN 2 4 2003 | ☐ PRE-TRIAL PROCEEDINGS (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | Michael N. Milby Clerk of Court | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | |
| ☐ SENTENCING | | Evidentiary hearing | 01/24/03 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ✓ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE [signature] | ESTIMATE TOTAL | |
|---|---|---|
| | PROCESSED BY | |
| 19 DATE January 24, 2003 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)   ORIGINAL- COURT COPY   YELLOW- TRANSCRIPTION COPY   GREEN- ORDER RECEIPT   PINK- ORDER COPY