United States District Court
Southern District of Texas
FILED

FEB 1 2 2003

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED

FEB 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MANUEL SANDOVAL HERRERA | * | |
| | * | |
| VS | * | C.A. NO. B-02-138 |
| | * | |
| AARON CABRERA, ACTING DIRECTOR, HLG/DO, ET AL | * | |
| | * | |

## ORDER

On January 23, 2003, a hearing was held designed to assist the Court in identifying the constitutional issues raised in Petitioner's Writ of Habeas Corpus. Petitioner and Respondents were given an opportunity to present their respective arguments as to each constitutional issue raised.

On February 5, 2003, Respondent (U.S. Immigration and Naturalization Service) filed untimely objections to the evidentiary hearing of January 23, 2003 (Doc. No. 19). Respondents object "to the District Court considering any of the documentary or testimonial evidence presented on the January 23, 2003 hearing." The objections are overruled as untimely. Federal Rules of Evidence, Rule 103(a)(1).

DONE at Brownsville, Texas, this 12th day of February 2003.

Felix Recio
United States Magistrate Judge