IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LAURA ESTELLA SALAZAR-REGINO, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-02-045 |
| E.M. TROMINSKI, ) | |
| DISTRICT DIRECTOR, THE ) | |
| IMMIGRATION & NATURALIZATION ) | |
| SERVICE, and ) | |
| JOHN ASHCROFT, UNITED STATES ) | |
| ATTORNEY GENERAL ) | |
| _____ ) | |
| ) | |
| TEODULO CANTU-DELGADILLO, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-02-114 |
| E.M. TROMINSKI, ) | |
| DISTRICT DIRECTOR, THE ) | |
| IMMIGRATION & NATURALIZATION ) | |
| SERVICE, and ) | |
| JOHN ASHCROFT, UNITED STATES ) | |
| ATTORNEY GENERAL ) | |
| _____ ) | |
| ) | |
| DANIEL CARRIZALOS-PEREZ, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-02-136 |
| AARON CABRERA, ACTING ) | |
| DIRECTOR, HLG/DO, THE ) | |
| IMMIGRATION & NATURALIZATION ) | |
| SERVICE, and ) | |
| JOHN ASHCROFT, UNITED STATES ) | |
| ATTORNEY GENERAL ) | |
| _____ ) | |

| | |
|---|---|
| MANUEL SANDOVAL-HERRERA, )<br>)<br>v. )<br>)<br>AARON CABRERA, ACTING )<br>DIRECTOR, HLG/DO, THE )<br>IMMIGRATION & NATURALIZATION )<br>SERVICE, and )<br>JOHN ASHCROFT, UNITED STATES )<br>ATTORNEY GENERAL )<br>_____) | CIVIL ACTION NO. B-02-138 |
| RAUL HERNANDEZ-PANTOJA, )<br>)<br>v. )<br>)<br>JOHN ASHCROFT, UNITED STATES )<br>ATTORNEY GENERAL, and )<br>CHARLES ARENDALE, ACTING )<br>DISTRICT DIRECTOR, of the )<br>UNITED STATES IMMIGRATION AND )<br>NATURALIZATION SERVICE )<br>_____) | CIVIL ACTION NO. B-02-197 |
| JOSE MARTIN OVIEDO-SIFUENTES )<br>)<br>v. )<br>)<br>JOHN ASHCROFT, UNITED STATES )<br>ATTORNEY GENERAL )<br>_____) | CIVIL ACTION NO. B-02-198 |
| CESAR LUCIO, )<br>)<br>v. )<br>)<br>CHARLES ARENDALE, ACTING )<br>DIRECTOR, HLG/DO, and )<br>JOHN ASHCROFT, UNITED STATES )<br>ATTORNEY GENERAL )<br>_____) | CIVIL ACTION NO. B-02-225 |

| | |
|---|---|
| PRAXEDIS RODRIGUEZ-CASTRO,    )<br>                              )<br>v.                            )<br>                              )<br>AARON CABRERA, INS ACTING    )<br>DIRECTOR, HLG/DO and          )<br>JOHN ASHCROFT, UNITED STATES  )<br>ATTORNEY GENERAL              )<br>_____) | CIVIL ACTION NO. B-02-228 |
| NOHEMI RANGEL-RIVERA,         )<br>                              )<br>v.                            )<br>                              )<br>AARON CABRERA, INS ACTING    )<br>DIRECTOR, HLG/DO and          )<br>JOHN ASHCROFT, UNITED STATES  )<br>ATTORNEY GENERAL              )<br>_____) | CIVIL ACTION NO. B-03-002 |

**ORDER**

Upon consideration of the Unopposed Motion for Extension of Time to File Objections to the Magistrate Judge's Report and Recommendation filed by the Respondents, the Court finds that the motion for extension of time to respond should be granted.

It is therefore

ORDERED, ADJUDGED AND DECREED that the Respondents will have until April 14, 2003, to file their objections to the Magistrate Judge's Report and Recommendation.

Done this 7th day of April, 2003.

_____