# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

| | | |
|---|---|---|
| CHARLES R. FULBRUGE III<br>CLERK | TEMP. U.S.P.S. ADDRESS:    P.O. BOX 610160<br>HOUSTON, TX 77208<br>COMMERCIAL DELIVERY: ROOM 1216, 515 RUSK ST.<br>HOUSTON, TX 77002 | TEL. 504-310-7700<br>600 CAMP STREET<br>NEW ORLEANS, LA 70130 |

October 5, 2005

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 03-41492 Salazar-Regino v. Trominski
  USDC No.  1:03-CV-2
              1:02-CV-228
              1:02-CV-225
              1:02-CV-198
              1:02-CV-197
              1:02-CV-138
              1:02-CV-136
              1:02-CV-114
              1:02-CV-45

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits to be returned.

              Sincerely,

              CHARLES R. FULBRUGE III, Clerk

              By: _____
              Dawn D. Victoriano, Deputy Clerk
              713-250-5440

cc: (letter only)
    Honorable Hilda G Tagle
    Ms Lisa S Brodyaga
    Ms Jodilyn Marie Goodwin
    Mr Paul Fiorino
    Ms Margaret J Perry