IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| TEODULO CANTU-DELGADILLO, )<br>)<br>v.  )<br>)<br>E.M. TROMINSKI, et al. )<br>_____) | CIVIL ACTION NO. B-02-114 |
| DANIEL CARRIZALOS-PEREZ, )<br>)<br>v.  )<br>)<br>AARON CABRERA, et al. )<br>_____) | CIVIL ACTION NO. B-02-136 |
| MANUEL SANDOVAL-HERRERA, )<br>)<br>v.  )<br>)<br>AARON CABRERA, et al. )<br>_____) | CIVIL ACTION NO. B-02-138 |
| RAUL HERNANDEZ-PANTOJA, )<br>)<br>v.  )<br>)<br>JOHN ASHCROFT, et al. )<br>_____) | CIVIL ACTION NO. B-02-197 |
| JOSE MARTIN OVIEDO-SIFUENTES )<br>)<br>v.  )<br>)<br>JOHN ASHCROFT, et al. )<br>_____) | CIVIL ACTION NO. B-02-198 |

```
CESAR LUCIO                    )
                               )
v.                             )   CIVIL ACTION NO. B-02-225
                               )
CHARLES ARENDALE, et al.       )
_____)

PRAXEDIS RODRIGUEZ-CASTRO,     )
                               )
v.                             )
                               )   CIVIL ACTION NO. B-02-228
AARON CABRERA, et al.          )
_____)
```

### RESPONDENTS' NON-OPPOSITION TO PETITIONERS' MOTION TO RETURN CASE TO THE FIFTH CIRCUIT COURT OF APPEALS

Respondents' in the above seven cases, consolidated by this Court, hereby notify the Petitioners and this Court that there is no opposition to Petitioners' motion to return the above-captioned cases to the Fifth Circuit Court of Appeals for further proceedings.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

/s/ Lisa M. Putnam
LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
November 4, 2005            Federal Bar No. 23937

2

CERTIFICATE OF SERVICE

I hereby certify that a true copy of Respondents' Non-Opposition to Petitioners' Motion to Return Case to Fifth Circuit Court of Appeals was electronically served upon Lisa Brodyaga, Esquire, and mailed by first class mail, postage prepaid, to:

> Jodi Goodwin, Esquire
> 1322 E. Tyler
> Harlingen, TX  78550

on this 4th day of November, 2005.


/s/ Lisa M. Putnam
LISA M. PUTNAM
Special Assistant United States Attorney